Dated: September 11, 2006

McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>                Plaintiffs,<br><br>    v.<br><br>H & H PLASTERING, INC.,<br><br>                Defendant. | Case No. C 06-3941 MMC<br><br>**NOTICE OF DISMISSAL** |

1    NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2    Procedure, plaintiffs Board of Trustees of the Plastering Industry Welfare Trust Fund; Board of
3    Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the
4    Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees
5    of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and
6    Board of Trustees of the Plastering Industry Labor-management Cooperation Committee Trust Fund,
7    through their counsel, Diane Sidd-Champion of McCarthy, Johnson & Miller Law Corporation,
8    voluntarily dismiss the above-captioned action without prejudice.  To date, defendant H & H
9    Plastering, Inc. has not filed an answer or a motion for summary judgment.

Respectfully submitted,

McCARTHY, JOHNSON & MILLER
Law Corporation

Dated: September 11, 2006          By:   /s/  Diane Sidd-Champion
                                         DIANE SIDD-CHAMPION
                                         Attorneys for Plaintiffs